IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAMUEL DAVID BRYANT, SR., <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A. f/k/a WACHOVIA BANK and WACHOVIA BANK OF DELAWARE and EARLY WARNING SERVICES LLC, <br><br> Defendants. | CIVIL ACTION NO.: <br> 1:13-CV-02210-CC-RGV |

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

COMES NOW SAMUEL DAVID BRYANT, SR., Plaintiff in the above-styled action (hereinafter "Plaintiff"), and pursuant to Local Rule 3.3 files this, his *Certificate of Interested Persons and Corporate Disclosure Statement*, showing this Honorable Court as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff:   Samuel David Bryant, Sr.

Defendants:

1

1) Wells Fargo Bank, N.A. f/k/a Wachovia Bank and Wachovia Bank of Delaware. Upon information and belief, Defendant Wells Fargo Bank N.A. is a wholly-owned subsidiary of Wells Fargo & Company, a publicly-traded company.

2) Early Warning Services, LLC. Upon information and belief, Defendant Early Warning Services, LLC is owned by Defendant Wells Fargo Bank N.A., Bank of America, N.A., Branch Banking & Trust Corporation, Capital One Financial Corporation and JP Morgan Chase & Company.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: None known at this time.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiff**

Robert J. Kaufman
Georgia Bar No.: 409197
Dana J. Norman
Georgia Bar No.: 545790
Michael D. Stacy
Georgia Bar No.: 940322
Kaufman, Miller & Forman, P.C.
8215 Roswell Road
Building 800

Atlanta, Georgia 30350
Tel.:  (770) 390-9200
Fax:  (770) 395-6720
E-mail: rjk@kauflaw.net
        djn@kauflaw.net
        mds@kauflaw.net

**Defendants**

| | |
|---|---|
| Trishanda L. Treadwell | Mark D. Lefkow |
| Georgia Bar No: 356896 | Georgia Bar No.: 004289 |
| Andrea Perry Block | Alexia R. Roney |
| Georgia Bar No.: 531027 | Georgia Bar No. 58177 |
| PARKER HUDSON RAINER & DOBBS, LLP | NALL & MILLER, LLP |
| 1500 Marquis Two Tower | 235 Peachtree Street, Northeast |
| 285 Peachtree Center Avenue, Northeast | Suite 1500 |
| Atlanta, Georgia 30303 | Atlanta, Georgia 30303 |
| Tel:  (404) 523-5300 | Tel:  (404) 522-2200 |
| Fax:  (404) 522-8409 | Fax:  (404) 522-2208 |
| E-mail: ttreadwell@phrd.com | E-mail: mlefkow@nallmiller.com |
|         apb@phrd.com |         aroney@nallmiller.com |
| *Counsel for Defendant Wells Fargo* | *Counsel for Defendant Early Warning Services, LLC* |

Respectfully submitted this 23rd day of July, 2013.

(signature on following page)

|  |  |
|---|---|
|  | **KAUFMAN, MILLER & FORMAN, P.C**. |
|  | */S/ Robert J. Kaufman*  |
| 8215 Roswell Road | ROBERT J. KAUFMAN |
| Building 800 | Georgia Bar No. 409197 |
| Atlanta, Georgia 30350-6445 | DANA J. NORMAN |
| Phone (770) 390-9200 ext. 40 | Georgia Bar No. 545790 |
| Fax (770) 395-6720 | MICHAEL D. STACY |
| rjk@kauflaw.net | Georgia Bar No. 940322 |
| djn@kauflaw.net |  |
| mds@kauflaw.net |  |
| *Counsel for Plaintiff* |  |

## CERTIFICATE OF COMPLIANCE

This is to certify that to the best of my knowledge, the foregoing pleading has been prepared with one of the font and point selections approved by the court in LR 5.1B, pursuant to LR 7. Specifically, the above-mentioned pleading has been prepared using Times New Roman font, 14 point.

This 23rd day of July, 2013.

/S/ *Robert J. Kaufman*
ROBERT J. KAUFMAN
Georgia Bar No. 409197

**KAUFMAN, MILLER & FORMAN, P.C.**
8215 Roswell Road
Building 800
Atlanta, Georgia 30350-6445
Telephone: (770) 390-9200
Facsimile: (770) 395-6720
Email: rjk@kauflaw.net
*Counsel for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have caused a true and correct copy of Plaintiff's **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** to be served by operation of the Court's electronic filing system on all counsel of record.

This 23rd day of July, 2013.

<u>/S/ Robert J. Kaufman</u><br>
ROBERT J. KAUFMAN<br>
Georgia Bar No. 409197

**KAUFMAN, MILLER & FORMAN, P.C.**
8215 Roswell Road
Building 800
Atlanta, Georgia 30350-6445
Telephone: (770) 390-9200
Facsimile: (770) 395-6720
Email: rjk@kauflaw.net
*Counsel for Plaintiff*